PEOPLE *v.* HOLLOWAY. Appeal from Recorder's Court of Detroit, Joseph E. Maher, J. Submitted Division 1 October 5, 1971, at Grand Rapids. (Docket No. 8738.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*Francis K. Young,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. The defendant was tried by jury and convicted of breaking and entering and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.